

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00367-CV

MARY LEE COWDEN, APPELLANT

V.

DORIS AKERS AND CARL REX CORDELL, APPELLEES

On Appeal from the 251st District Court
Potter County, Texas
Trial Court No. V-102326-00-C, Honorable Ana Estevez, Presiding

February 22, 2018

## ORDER OF ABATEMENT

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Mary Lee Cowden, and Appellees, Doris Akers and Carl Rex Cordell, filed a *Joint Motion for Briefing Schedule* requesting that we extend the briefing deadlines until thirty days after the parties mediate on April 16, 2018. Appellant's brief is presently due February 28, 2018. To expedite the possible disposition of this appeal and in the interest of conservation of judicial resources, we deny the parties' motion as moot and abate the appeal. All appellate deadlines are, therefore, suspended. The case will be removed from our active docket and treated as a closed case until April 19, 2018, or until

further order of this court. *See* TEX. R. APP. P. 2, 43.6; *Mesa Water, L.P. v. Tex. Water Dev. Bd.*, No. 07-11-00153-CV, 2011 Tex. App. LEXIS 5311, at *2-3 (Tex. App.—Amarillo July 13, 2011, order) (per curiam) (doing same). The parties are directed to advise the court of the status of the mediation by April 19, 2018.

It is so ordered.

Per Curiam